UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHEUS COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC.,<br><br>    Defendant. | Case No. 15-cv-00779-JD<br><br>**ORDER TO SHOW CAUSE** |

On March 24, 2015, the Court set a case management conference in this case for June 3, 2015. *See* Dkt. No. 10. The conference was held on that day, *see* Dkt. No. 16, but plaintiff Timotheus Coleman did not appear, or participate in the filing of the case management statement, as required by the Court's Standing Order for Civil Cases. All attempts to effect service on Coleman at the mailing address he provided, whether by defendant Veolia Water West Operating Services or the Court, have been unsuccessful. *See* Dkt. No. 11-12. According to Veolia, the address Coleman provided is for a UPS store. *See* Dkt. No. 14 at 1:20-22.

However, Coleman apparently did know about the case management conference. According to Veolia, he emailed defendant's counsel on April 10, 2015, and the parties communicated via email in subsequent weeks. *See id.* at 1:25-2:8. Counsel for Veolia represented to the Court at the case management conference that Coleman was aware of the date and location of the case management conference.

The Court orders Coleman to show cause why the case should not be dismissed for failure to appear at the case management conference or to comply with the Court's standing order.

Coleman must file a response explaining why he failed to do so by July 6, 2015.  The Court will mail a copy of this order to the address Coleman provided, and also directs Veolia's counsel to send a copy of this order to Coleman via the email address he used to contact them.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHEUS COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC.,<br><br>    Defendant. | Case No. 15-cv-00779-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timotheus Coleman
1714 Frankline Street, Suite 103
Oakland, CA 94612

Dated: June 24, 2015

Richard W. Wieking
Clerk, United States District Court

By: *[signature]*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3